# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 19, 2022 | **Time:** 2 minutes<br>2:21 p.m. to 2:23 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-00342-WHO | **Case Name:** Sekar v. Guardian Life Insurance Company | |

**Attorneys for Plaintiff:**   Jeena R. Jiampetti
**Attorney for Defendant:**   Sean P. Nalty

**Deputy Clerk:** Jean Davis          **Court Reporter:** Electronically recorded

## PROCEEDINGS

Case Management Conference conducted via videoconference. The parties have agreed to participate in private mediation by July 18. The parties' proposed schedule terminating in a hearing on cross motions for summary judgment is adopted.

**Hearing set for January 11. 2023 at 2:00 p.m.  A Further Case Management Conference is set for the same day and time as a control date.**